In the Matter of the Application of John C. Judge for License and Admission to Practice as an Official Examiner of Title.— Application granted and undertaking approved. Present — Jenks, P. J., Burr, Thomas Carr and Woodward, JJ.

Albert K. Loretz, Appellant, v. The City of New York, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Theodore A. Marks, Appellant, v. Alfred H. Collins, Respondent.— Motion for leave to withdraw appeal denied, without costs. Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Joe Romanik, Appellant, v. Max Rapoport and Others, Defendants, Impleaded with Others, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Eugene A. Rudiger and Another, Respondents, v. James S. Coleman and Others, Appellants.— Motion to resettle order granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.  Order to be settled before the presiding justice.

Lamar B. Seeley, Appellant, v. Andrew B. Hammond, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

John R. Sliney, Appellant, v. Fire Department of the Town of Newtown and Others, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Bennett Williams, Appellant, v. Ida Ashner, Respondent.— Motion to compel acceptance of notice of appeal granted, with ten dollars costs. Motion to compel acceptance of proposed case on appeal granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Ida Austin, Respondent, v. Hattie F. Clark, as Administratrix, etc., of George W. Burcham, Deceased, Appellant.— Order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

John L. Bickford, Respondent, v. Alfred J. Robinson and Emma L. Robinson, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Charles A. Conrady, Respondent, v. Daniel Buhre, Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.